

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
AUSTIN[11]

GROVER SELLERS
ATTORNEY GENERAL

September 1, 1944

Honorable Frank D. Quinn,
Executive Secretary
Texas State Parks Board
Austin 11, Texas

Dear Sir:

Opinion No. O-6119

Re: Proper disposition of pro-
ceeds from sale of State
property.

We have your letter from which we quote:

"Enclosed find a complete file of correspond-
ence between Hon. Weaver H. Baker, Chairman of the
Board of Control, and this Department regarding
the sale of some Longhorn calves and whether or
not the proceeds therefrom could be used to pur-
chase a thoroughbred Longhorn bull.

"Our problem is this: This herd of Long-
horns was donated to the Texas State Parks Board,
an agency of the State of Texas. We recognize
the fact that the sale of calves should be han-
dled by the State Board of Control, but would it
not be permissible to deposit the proceeds to the
credit of our Special Park Fund rather than to
the General Fund, purchasing the bull which we
desire from the Special Park Fund?

"If the money received from the sale of the
calves is deposited in the General Fund, it will
be no benefit accruing to the Texas State Parks
Board, and we will suffer the loss of whatever
money it is necessary to pay to secure a good
bull.

"We would thank you to advise us if there
is any way possible to use the money obtained
from the sale of the calves for the purchase of
a bull. . . ."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Frank D. Quinn, page 2

Among others in the correspondence file enclosed is a letter addressed to you by Chairman Baker in which he advises that if the calves are sold by the Board of Control, "the money must be deposited to the credit of the General Revenue Fund of the State."

We agree with Judge Baker. Article 666, on this point, is too clear and unequivocal to admit of any other construction. In plain terms it provides that when the property of a state agency is sold by the Board of Control "the money from the sale of such property ... shall be deposited in the State Treasury to the credit of the General Revenue Fund."

Very truly yours,

ATTORNEY GENERAL OF TEXAS

By *Elbert Hooper*

Elbert Hooper
Assistant

EH/JCP

APPROVED SEP 7 1944

*Grover Sellers*

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY *BWB*
CHAIRMAN